granted.   Certiorari granted.

No. 89–30.   ENDSLEY, EXECUTRIX OF THE ESTATE OF ENDSLEY, ET AL. *v.* YOUNG.   C. A. 6th Cir.   Certiorari denied.

No. 89–1345.   BEVERLY HILLS SAVINGS & LOAN ASSN. ET AL. *v.* CARTER.   C. A. 9th Cir.   Certiorari denied.

No. 89–1366.   BULLOCK *v.* UTAH.   Sup. Ct. Utah.   Certiorari denied.

No. 89–1454.   HAMILTON *v.* MISSISSIPPI.   Sup. Ct. Miss. Certiorari denied.

No. 89–1567.   ASPROMONTI *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 89–1569.   SOLID WASTE SERVICES, INC., ET AL. *v.* DOLE, SECRETARY OF LABOR.   C. A. 3d Cir.   Certiorari denied.

No. 89–1570.   HAJECATE ET UX. *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 89–1593.   MCAFEE *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 89–1642.   UNITED TRANSPORTATION UNION *v.* INTERSTATE COMMERCE COMMISSION ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 89–1643.   STRUBE *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 89–1710.   IRON WORKERS MID-SOUTH PENSION FUND ET AL. *v.* BORDEN CHEMICAL.   C. A. 5th Cir.   Certiorari denied.

No. 89–1719.   PANTOJA ET AL. *v.* TEXAS GAS TRANSMISSION CORP. ET AL.   C. A. 7th Cir.   Certiorari denied.